IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **HANESBRANDS INC.,** | |
| **Plaintiff,** | |
| v. | C.A. No. 1:11-cv-711 (CCE) |
| **FOREVER 21, INC.,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hanesbrands Inc. and Defendant Forever 21, Inc., through counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismiss with prejudice this action in its entirety. Each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 17th day of September, 2012.

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB No. 23382)
Jeffrey R. McFadden (NCSB No. 16450)
Matthew L. Jamison (NCSB No. 42528)
WOMBLE CARLYLE SANDRIDGE &
RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3584
Fax: 336-733-8429
E-Mail: jmorrow@wcsr.com
jmcfadden@wcsr.com
mjamison@wcsr.com

*Attorneys for Plaintiff Hanesbrands Inc.*

/s/ James Conrad Adams, II
James Conrad Adams, II
BROOKS PIERCE MCLENDON HUMPHREY &
LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420-6000
Phone: 336-373-8850
Fax: 336-378-1001
Email: jadams@brookspierce.com

*Attorneys for Defendant Forever 21*

# CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be served via the ECF system and email to counsel of record.

    Timothy C. Bickham
    *Alison* M. Taroli
    STEPTOE & JOHNSON LLP
    1330 Washington, DC 20036-1795 USA
    Phone: 202-429-5517
    Fax: 202-429-3902
    Email: tbickham@steptoe.com
    ataroli@steptoe.com

    James Conrad Adams, II
    BROOKS PIERCE MCLENDON HUMPHREY &
    LEONARD, LLP
    P.O. Box 26000
    Greensboro, NC 27420-6000
    Phone: 336-373-8850
    Fax: 336-378-1001
    Email: jadams@brookspierce.com

    /s/ John F. Morrow, Jr
    John F. Morrow, Jr. (NCSB No. 23382)
    Matthew L. Jamison (NCSB No. 42528)
    WOMBLE CARLYLE SANDRIDGE &
    RICE, LLP
    One West Fourth Street
    Winston-Salem, NC 27101
    Phone: 336-721-3510
    Fax: 336-726-6902
    E-Mail: mjamison@wcsr.com

    *Attorneys for Plaintiff Hanesbrands Inc.*